IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OCWEN LOAN SERVICING LLC, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 4:15-cv-00682-O-BP |
| § | |
| KIMBERLY S. DEANE and PETE § M. MARTINEZ, § § | |
| Defendants. § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Ad Litem's Motion to Dismiss (ECF No. 41) is **DENIED as moot**. It is further **ORDERED** that Plaintiff must perfect service by publication on the Unknown Heirs of Kimberly S. Deane within 90 days of the issuance of this Order.

**SO ORDERED** on this **26th day** of **April, 2017**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE