IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-00682-O-BP |
| | § | |
| KIMBERLY DEANE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 67) is **GRANTED** and Plaintiff's Motion for Attorney's Fees (ECF No. 74) is **GRANTED in part and DENIED in part**. It is **GRANTED** to the extent that Plaintiff is awarded $10,596.00 in attorneys' fees to be collected from the proceeds of any sale of the Property in question, but not as a personal judgment against the Defendants.

**SO ORDERED** on this **5th day** of **January, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE